THOMAS N. STEWART, III - #88128
ATTORNEY AT LAW
369 BLUE OAK LANE, 2nd FLOOR
CLAYTON, CA 94517
TELEPHONE (925) 672-8452
TELEFAX (925) 673-1729
Attorneys for William Malmborg

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM MALMBORG, | Case No.  C 06-4632 JW |
| Plaintiff, | STIPULATION OF DISMISSAL; ORDER |
| v. | |
| PIZZA BYTES, INC., | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that this action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

Date:  February 18, 2007                                  Date:  February 20, 2007

S/Nancy M. Battel,                                              S/Thomas N. Stewart, III,
Attorney for Defendant                                      Attorney for Plaintiff

IT IS SO ORDERED:

Date:    2/21/2007

_____
Judge James Ware
United States District Court

C 06-4632 JW                                          1